# United States District Court
## Northern District of Illinois
### Eastern Division

Joseph Bachewicz, et al.                 **JUDGMENT IN A CIVIL CASE**

      v.                                            Case Number: 10 C 3875

Preferred Development, Inc., et al.

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■     Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that for the reasons stated below, Defendants' motions to dismiss the RICO claims [64], [67] are granted. The Court declines to exercise supplemental jurisdiction over the remaining state claims and we dismiss the remaining state claims without prejudice.

                                                     Michael W. Dobbins, Clerk of Court

Date: 6/28/2011                               _____Michael Wing_____
                                                       /s/ Michael Wing, Deputy Clerk